# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2016

### NO. 03-15-00307-CR

**Randy Lin Ates, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the trial court's order denying DNA testing. Having reviewed the record, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying DNA testing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.